**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**



DARRYL JAMES McGLAMRY,

    Petitioner,

vs.

                                 CIVIL ACTION NO.: CV206-119

HARLEY G. LAPPIN, and BUREAU
OF PRISONS,

    Respondents.

## O R D E R

    After an independent review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

    This complaint is **DISMISSED**, without prejudice. If Plaintiff desires to proceed with this action he must re-submit his complaint along with the full $350.00 filing fee. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

    **SO ORDERED**, this _18th_ day of _July_____, 2006.

                                  JUDGE, UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)